THE PEOPLE OF THE STATE OF NEW YORK ex rel. TIFFANY AND COMPANY and Others, Relators, Appellants, v. WILLIAM STANLEY MILLER and Others, Respondents.— Final order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Dore, J., concurs in the affirmance of the value placed on the building and the resulting total valuations solely on the ground that on the taxable status date, January 25, 1940, and on July 1, 1940, when the new tax year commenced, Tiffany and Company was still in possession, occupation and use of the premises.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES B. KILSHEIMER, JR., and Others, Relators, Appellants, v. WILLIAM STANLEY MILLER and Others, Commissioners of Taxes and Assessments of the City of New York and Constituting the Board of Taxes and Assessments in the City of New York, Respondents.— Order modified by fixing the proper values for the year in question as follows: land, $272,650; building, $37,500; total, $310,150; and as so modified affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Townley, J., dissent and vote to affirm. Settle order on notice.

NATIONAL BROKERAGE CORPORATION, on Behalf of Itself and All Others Similarly Situated, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion for an order directing the taking of the defendant's testimony before trial as to items " 3," " 10," " 13 " and " 16 " denied. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

RICHARD KOESTER, Respondent, v. T. C. E. CORPORATION, Appellant, Impleaded with Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.; Martin, P. J., and Untermyer, J., dissent and vote to reverse and grant a new trial on account of error in the charge of the trial court on the question of contributory negligence.

CATHLEEN BANNON, an Infant, by JOSEPH BANNON, Her Guardian ad Litem, and JOSEPH BANNON, Respondents, v. PUBLIC SERVICE INTERSTATE TRANSPORTATION COMPANY, Appellant.— Judgment unanimously reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiffs stipulate to reduce the judgment as entered in favor of the plaintiff Cathleen Bannon, an infant, by Joseph Bannon, her guardian *ad litem*; to the sum of $35,126.85, in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.